IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIEL WAYNE ZAWHORODNY, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00087 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| FACEBOOK.COM | ) | By: Norman K. Moon |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 13th day of March, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE